RECEIVED

JUN - 6 2011

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Tonianne J. Bongiovanni |
| v. : | Mag. No. 11-5017-11 |
| ED GURAL : | ORDER FOR CONTINUANCE |

       This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Robert G. Marasco, Assistant U.S. Attorney, appearing), and defendant Ed Gural (David Schroth, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within thirty days of the date of the defendant's arrest, pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

       IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

       (1) The charges in this case are the result of a lengthy investigation, and the discovery involves a voluminous

amount of discovery that defense counsel requires adequate time to review;

(2) Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(3) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this ___6___ day of ~~May~~ June 2011,

ORDERED that this action be, and hereby is, continued for a period of 60 days from May 11, 2011 to July 11, 2011; and it is further

ORDERED that the period from May 11, 2011 to July 11, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge

-2-

Form and entry
consented to:

_____
ROBERT G. MARASCO
Assistant U.S. Attorney


_____
David Schroth, Esq.
Counsel for defendant